UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| DANIEL PERALES, individually and on behalf of all other similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS, LLC d/b/a PILOT FLYING J,<br><br>          Defendant. | Case No.: 1:21-cv-00434-BRB/SMV |

**STIPULATED ORDER EXTENDING DEADLINE TO FILE CLOSING DOCUMENTS**

THIS MATTER having come before the Court upon the Parties' stipulated Motion for Extension of Time to File Closing Documents until December 2, 2021, the Court finds that good cause exists, the request is well taken, and the Order is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order is GRANTED and the Parties are hereby ordered to submit closing documents on or before December 2, 2021.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR

Electronically approved on 11/18/21 by:

/s/ Matthew S. Parmet
Matthew S. Parmet, NM # 16-155
PARMET PC
3 Riverway, Suite 1910
Houston, TX 77056
Telephone: 713-999-5228
matt@parmet.law
*Attorney for Plaintiff*

Submitted by:

/s/ Alan L. Rupe
Jessica D. Marshall, NM #15-185
Alan L. Rupe, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316.609.7900
jessica.marshall@lewisbrisbois.com
alan.rupe@lewisbrisbois.com
*Attorneys for Defendant*