IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL PERALES,

    Plaintiff,

v.                                                                                    No. 21-cv-0434 BRB/SMV

PILOT TRAVEL CENTERS, LLC,

    Defendant.

## ORDER SETTING STATUS CONFERENCE

**Date and time**:      December 17, 2021, at 3:30 p.m. MST

**Matter to be heard**:   Status Conference

    A telephonic Status Conference is hereby set for **December 17, 2021, at 3:30 p.m. MST**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                               **STEPHAN M. VIDMAR**
                                               **United States Magistrate Judge**